

Court Of Appeals

Fourth Court of Appeals District of Texas
San Antonio

★ ★ ★ ★ ★ ★

# CONCURRING OPINION

No. 04-08-00547-CR

Anthony Joseph **HERRERA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No.1, Bexar County, Texas
Trial Court No. 232454
Honorable Al Alonso, Judge Presiding[1]

Opinion by:   Karen Angelini, Justice
Concurring opinion by: Sandee Bryan Marion, Justice

Sitting:      Karen Angelini, Justice
               Sandee Bryan Marion, Justice
               Phylis J. Speedlin, Justice

Delivered and Filed:  July 29, 2009

I concur in the majority's judgment; however, for the reasons set forth in my concurring opinion in *Urdiales v. State*, No. 04-08-00546-CR, 2009 WL 1883932 (Tex. App.—San Antonio July 1, no pet. h.), I urge the Legislature to amend its definition of "race" because the "statutory

---

[1] The Honorable Brenda Chapman presided over the motion to set aside the information. The Honorable Al Alonso signed the judgment.

definition places an ordinary law-abiding person into the position of committing an offense, even if he is otherwise observing the speed limit, simply by using his vehicle to pass another vehicle." *Id.* at *5.

Sandee Bryan Marion, Justice

DO NOT PUBLISH